# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE APPLICATION OF ANDREW RIPPERT TO OBTAIN DISCOVERY FOR USE IN A PROCEEDING IN A FOREIGN TRIBUNAL PURSUANT TO 28 U.S.C. § 1782(a)

Case No: 3:19-mc-80281-SK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Nicholas N. Matuschak, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Respondents Arch Capital Group Ltd. and John Pasquesi in the above-entitled action. My local co-counsel in this case is Robert H. Bunzel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| CAHILL GORDON & REINDEL LLP<br>Eighty Pine Street<br>New York, NY 10005 | BARTKO, ZANKEL, BUNZEL & MILLER<br>One Embarcadero Center, Suite 800<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(212) 701-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 956-1900 |
| MY EMAIL ADDRESS OF RECORD:<br>nmatuschak@cahill.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rbunzel@bzbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5190327.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: January 6, 2020

/s/ Nicholas N. Matuschak
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Nicholas N. Matuschak is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 7, 2020

Sallie Kim
UNITED STATES MAGISTRATE JUDGE *October*